UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTEN HODGES, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV252 JCH |
| | ) | |
| JANSSEN PHARMACEUTICA, L.P., | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Amend the Case Management Order, filed October 5, 2006. (Doc. No. 13). Upon consideration, the Court will grant the motion in part.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Amend the Case Management Order (Doc. No. 13) is **GRANTED** in part, and the Case Management Order in this matter is modified as follows:

**I. SCHEDULING PLAN**

3. Disclosure shall proceed in the following manner:

(a) The parties shall make all disclosures required by Rule 26(a)(1), Fed.R.Civ.P., no later than **October 20, 2006**.

(b) Plaintiff will provide executed medical authorizations by **October 20, 2006**.

(c) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **February 28, 2007**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **April 13, 2007**.

(d) Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **May 14, 2007**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **July 2, 2007**.

    (e)  The parties shall complete <u>all</u> discovery in this case no later than **July 2, 2007**.

  **IT IS FURTHER ORDERED** that all provisions of this Court's Case Management Order (Doc. No. 12) not affected by this Order remain in place.

Dated this <u>6th</u> day of October, 2006.

            /s/ Jean C. Hamilton
            UNITED STATES DISTRICT JUDGE