## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **KRISTEN HODGES** ) | |
| ) | |
|   Plaintiff ) | |
| ) | Cause No. 4:06-cv-00252 JCH |
| v. ) | |
| ) | |
| **JANSSEN PHARMACEUTICA, L.P.,** ) | |
| **et al** ) | |
| ) | |
|   **Defendants** ) | |

### ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On this day came on to be considered Plaintiff's Voluntary Dismissal Without Prejudice as to her cause of action against Janssen Pharmaceutica, L.P. The Court finds that Plaintiff's Motion should be in all things GRANTED. It is therefore,

ORDERED that Plaintiff's Voluntary Dismissal Without Prejudice as to her cause of action against Janssen Pharmaceutica, L.P. is GRANTED.

Signed this 19th day of March, 2007.

_____
Presiding Judge